IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICE WILLIAMS**,<br><br>*Plaintiff*,<br>v.<br><br>**BRIANA MAZZELLA & STUDENT TRANSPORTATION OF AMERICA**,<br><br>*Defendants.* | **Case No. 2:23-cv-04503-JDW** |

## ORDER

**AND NOW**, this 15th day of May, 2024, I note as follows.

1. Proceeding *pro se*, Plaintiff Patrice Williams filed this employment discrimination lawsuit against Defendants Briana Mazzella and Student Transportation of America on November 16, 2023.

2. The Federal Rules of Civil Procedure mandate that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

3. On three separate occasions, I extended the deadline for Ms. Williams to serve these Defendants, but she has not been able to make service on either of them. In

prior orders, I also advised Ms. Williams that failure to serve Defendants would result in the dismissal of her case without prejudice.

4. In her latest filing, Ms. Williams has not articulated good cause for failing to serve either Defendant, and she has not requested that I extend the service deadline a fourth time.

5. Given the history of Ms. Williams's efforts to make service over the past six months, I am forced to conclude that it would be futile to extend the service deadline again.

6. To the extent Ms. Williams intends to re-file her lawsuit against these Defendants, I recommend that she consult with an attorney before doing so.

In light of the foregoing, and pursuant to Federal Rule of Civil Procedure 4(m), it is **ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.